UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CARR and DENISE JOHNSON,<br><br>Defendants. | CR14-186Z<br><br>ORDER |

Based on the unopposed motion of defendant Johnson to continue the trial date, docket no. 22, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore the recent provision of voluminous discovery, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial

ORDER - 1

1 proceedings or for trial itself within the time limits established by the Speedy Trial Act
2 and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).
3        4.       Taking into account the exercise of due diligence, a continuance is
4 necessary to allow the defendants the reasonable time for effective preparation of a
5 defense. 18 U.S.C. § 3161(h)(7)(B)(iv).
6        NOT, THEREFORE
7        IT IS HEREBY ORDERED that the trial date is continued from September 8,
8 2014, to February 9, 2015.  The resulting period of delay from September 8, 2014,
9 through February 9, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C.
10 § 3161(h)(7)(A) and (B).  Pretrial motions are due no later than December 13, 2014.
11       IT IS FURTHER ORDERED that defendant Carr shall file a Waiver of Speedy
12 Trial.
13       Dated this 24th day of July, 2014.

THOMAS S. ZILLY
United States District Judge

ORDER - 2